UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MXB BATTERY OPERATIONS, LP,

   Plaintiff,

v.   Case No: 8:21-cv-2894-WFJ-JSS

PROPER POUR, LLC, DANNA HAYDAR and STRATEGIC PROPERTY PARTNERS LLC,

   Defendants.
_____/

**ORDER**

The Court has been advised by **the Notice of Settlement (Dkt. 33)** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09, M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

**DONE** and **ORDERED** in Tampa, Florida on March 29, 2022.

                          s/*William F. Jung*
                          **WILLIAM F. JUNG**
                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record